FILED
CLERK, U.S. DISTRICT COURT
AUG - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> MARTIN AGUILAR-GONZALEZ </br></br> Defendant. | Case No.: 14-1558M </br></br> ORDER OF DETENTION AFTER HEARING </br> [Fed.R.Crim.P. 32.1(a)(6); </br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern Dist. CA** for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (X)   The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on alleged crim. ~~history~~ conviction. After reentry to US w/o permission following deputation; no verified background info or bail resources

```
                                        
                                        
                                        
        and/or

B.      ( )  The defendant has not met his/her burden of establishing by
        clear and convincing evidence that he/she is not likely to pose
        a danger to the safety of any other person or the community if
        released under 18 U.S.C. § 3142(b) or (c). This finding is based
        on:_____
        _____
        _____
        _____


        IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:    8/7/14


                                        _____
                                        UNITES STATES MAGISTRATE JUDGE
```